**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

HENRY LO CARTER,

Petitioner,

v.

UNITED STATES OF AMERICA,

Respondent.

Civil No. 00-2704 (DSD/AJB)

**ORDER DIRECTING RESPONDENT TO SHOW CAUSE WHY HABEAS CORPUS SHOULD NOT BE GRANTED**

Petitioner, a federal prisoner confined at the Federal Medical Center, Rochester, Minnesota, has filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241, challenging the validity of his criminal conviction and/or sentence.

Respondent is directed to make a return in writing within 20 days from the date of this order, showing cause why the writ should not be granted.

The return shall be filed with the Court and shall include:

1. Such affidavits and exhibits as are needed to establish the lawfulness of Petitioner's confinement in light of the issues raised in the petition;

2. A reasoned memorandum of law and fact fully stating Respondent's legal position, which shall include a recommendation as to the need for this Court to conduct an evidentiary hearing on the merits of the petition, in light of the requirements of federal statutes and other pertinent legal authority; and

3. A certified copy of any court documents, prison records or other written materials that are germane to the issues raised in the petition.

FILED DEC 21 2000
JUDGE
DEPUTY CLERK

The Court will entertain a motion to grant the relief requested in the petition if the written return contemplated by this order is not timely filed.

Also before the Court at this time is Petitioner's Motion For Appointment Of Counsel. (Docket No. 3.) That motion will be addressed after Respondent's written return has been filed.

Based on the foregoing, and all of the files, records, and proceedings herein,

**IT IS HEREBY ORDERED THAT** Respondent shall file a written return to Petitioner's habeas corpus petition consistent with the requirements of this order within 20 days from the date of this order.

Dated: December 20th, 2000

Arthur J. Boylan
United States Magistrate Judge