# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Henry Lo Carter,

v.

United States of America,

Case No. Civil 00-2704 DSD/AJB

**JUDGMENT IN A CIVIL CASE**

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** THAT:

Petitioner's petition for habeas corpus under 28 USC 2241 is denied;

Petitioner's motion for appointment of counsel is denied; and

This action is dismissed with prejudice.

DATE: April 30, 2001

FRANCIS E. DOSAL, CLERK

Julie Rustad, Deputy Clerk

13