UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-2704 (DSD/AJB)

Henry Lo Carter,

Petitioner,

v. **ORDER**

United States of America,

Respondent.

This matter is before the court on petitioner's application to proceed on appeal in forma pauperis. Petitioner appeals the court's denial of his application for post-conviction relief pursuant to 28 U.S.C. § 2241. The court has reviewed the financial documentation provided by petitioner and concludes that based on these representations, petitioner is eligible for IFP status.

Accordingly, **IT IS HEREBY ORDERED** that plaintiff's motion for leave to proceed on appeal in forma pauperis is granted.

Dated: July 6, 2001.

David S. Doty, Judge
United States District Court